## GRAY v. LAKE ET AL.

1. **Practice**: PLEADING OVER: WAIVER. Pleading over after an adverse ruling upon a demurrer to either petition or answer is a waiver of all exceptions to the ruling on the demurrer.

*Appeal from Clinton Circuit Court.*

SATURDAY, DECEMBER 11.

ACTION to recover dower in certain real estate. The defendants answered, averring certain facts which it was claimed estopped the plaintiff from asserting any interest in the land. There was a demurrer to the answer, which was overruled. Thereupon the plaintiff filed a reply in which issue was taken upon some of the allegations of the answer. There was a trial upon the merits, and a decree dismissing the petition. Plaintiff appeals.

*D. Gray*, pro se.

*Chase & Monroe*, for appellees.

ROTHROCK, J.—It has been repeatedly held by this court that where a party pleads over, after an adverse ruling upon a demurrer, he waives all exception to the ruling on the demurrer. That the rule applies to the overruling of a demurrer to an answer, see *Finley v. Brown*, 22 Iowa, 538.

1. PRACTICE: pleading over: waiver.

We cannot consider the case upon the merits. The abstract does not purport to contain the evidence which was offered and introduced upon the trial in the Circuit Court.

AFFIRMED.